Jeffrey A Kosterich, LLC  
Counsel for Secured Creditor:  
Fay Servicing, LLC., as servicer for  
Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1,  
68 Main Street  
Tuckahoe, NY 10707  
(914) 395 0055  
By: Denise Singh Skeete, Esq  

Presentment Date: June 20, 2019  
Presentment Time: 10:00 am  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------X  
In re:  

    Maurice R. Crawford,  

                Debtor.  
-------------------------------------------------------X  

Case No. 18-13568-cgm  

Chapter 7  

## ORDER PURSUANT TO 11 U.S.C. § 362(d) GRANTING RELIEF FROM AUTOMATIC STAY

**UPON THE APPLICATION** of Jeffrey A. Kosterich LLC, counsel for Fay Servicing LLC as servicer for Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1, (hereinafter "Goshen Mortgage"), for the entry of an Order pursuant to 11 U.S.C. §362(d): (i) vacating the automatic stay imposed by § 362(a) of the United States Code (the "Bankruptcy Code") allowing Goshen to pursue its state law remedies with respect to certain real property described as 1339 ROSEDALE AVENUE, BRONX, NEW YORK 10472 (the "Premises"); and (ii) granting Goshen Mortgage such other and further relief as the Court deems just and proper; and sufficient notice having been given; and, after hearing on the matter held on June 20, 2019, good cause appearing; it is hereby

**ORDERED**, that the automatic stay imposed by Bankruptcy Code § 362(a) be and hereby is vacated with respect to the Premises, permitting Goshen Mortgage, its successors or assigns to pursue its rights and remedies with respect to the Premises, including conducting a foreclosure sale, obtaining and recording a deed, commencing eviction, and obtaining a writ of possession.



**Dated: July 1, 2019**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**